AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

U. S. A
_____
Plaintiff
v.
Johnny Meyers
_____
Defendant

Case No. 12-cr-10-MSK

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Johnny Meyers

Date: 1/24/12

_____
Attorney's signature

Normando Pacheco
_____
Printed name and bar number

2371 Locust St
_____
Address

Joannasweetpea6@aol.
_____
E-mail address

303-981-2657
_____
Telephone number

303-321-1858
_____
FAX number