AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.

10. JOHNIE A. MYERS

Case No. 12-cr-00010-MSK

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*   Johnie A. Myers,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Use and Maintain Drug-Involved Premises, 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)
Using and Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting, 18 U.S.C. § 2

Date: 01/09/2012

s/ M.J. Garcia
*Issuing officer's signature*

City and state:   Denver, CO

Gregory C. Langham, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 1-20-12, and the person was arrested on *(date)* 1-20-12
at *(city and state)* Denver, CO.

Date: 1-23-12

Brian Miller
*Arresting officer's signature*

Brian Miller - SA
*Printed name and title*