IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CRIMINAL CASE NUMBER   1:12 cr 000-10 MSK

UNITED STATES OF AMERICA

VS

JOHNIE A. MEYERS

RESPONSE TO GOVERNMENT'S PROTECTIVE ORDER

Comes now the undersigned counsel and in response to the Motion for Protective Orders in the above matter states as follows:

1. That he has reviewed the content of the Order and has no objection to the granting of the Motion.

Submitted,

Normando R. Pacheco

CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND ACCURATE COPY OF THE REPOSE TO PROTECTIVE ORDERS WAS E FILED WITH THE FOLLOWING THIS 30TH OF JANUARY 2012

CLERK U.S. DISTRICT COURT DENVER
GUY TILL AUSA guy .till @usdoj.gov.,Lisa Vargas@usdoj.gov.USACO>ECFCriminal@usdoj.gov.

NORMANDO R. PACHECO