IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12- cr-00010 -MSK

UNITED STATES OF AMERICA
    Plaintiff
v
1. George Askew
2. Romell E. Bullock
3. Gregory A. Collins
4. George A. Gaddy
5. Delbert J. Gardener
6. Richard Johnson
7. Sheps H. Kamsahu
8. Eric Lugo
9. Lawrence T. Martin
10. JOHNIE A. MYERS
11 Darrell R. Parker
12. Calvin R. Riley
13. Corey L. Riley
14. Thomas A. Schrah
15. James R. Switzer
16. Clifford M. Wright

## MOTION TO CONTINUE TRIAL DATE

  Comes now the Defendant Myers and pursuant to 18USC sec 3161 (h) and submits as follows;

1. That a superceding indictment was filed in this matter as to Defendant Myers and an arraignment was held on February 23, 2012 at which time the Defendant pled not guilty.
2. That the Government provide discovery 01-2253;01-925 on the same date.
3. That the Government Attorney, AUSA Guy Till, has no objection to the granting of this Motion.
4. That the interest of justice are served by the granting of the continuance and outweigh the best interest of the public and the Defendant in Speedy Trial because for the reasons set forth in the motion require additional Trial preparation and

given that there is 30 days to the Trial date that the undersigned counsel needs additional time to investigate and prepare for trial and failure to grant this motion would result in a miscarriage of justice if the Defendant is required to proceed to trial on the date of March 19, 2012.

S/ Normando R. Pacheco