IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12- cr-00010 -MSK

UNITED STATES OF AMERICA
    Plaintiff
v
1. George Askew
2. Romell E. Bullock
3. Gregory A. Collins
4. George A. Gaddy
5. Delbert J. Gardener
6. Richard Johnson
7. Sheps H. Kamsahu
8. Eric Lugo
9. Lawrence T. Martin
10. JOHNIE A. MYERS
11 Darrell R. Parker
12. Calvin R. Riley
13. Corey L. Riley
14. Thomas A. Schrah
15. James R. Switzer
16. Clifford M. Wright

## MOTION TO JOIN IN MOTIONS

Comes now the Defendant Myers and pursuant to this Courts Order request to join in the Motion for Extension of Time and Disclosure of Informant filed by the co-defendants in this case.

S/ Normando R. Pacheco

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND ACCURATE COPY OF THE MOTION TO CONTINUE TRIAL AND MOTION TO JOIN CO-DEFENDANT MOTIONS WAS E FILED WITH THE FOLLOWING;

CLERK U.S. DISTRICT COURT DENVER
GUY TILL AUSA guy .till @usdoj.gov.,Lisa Vargas@usdoj.gov.USACO>ECFCriminal@usdoj.gov.

S/NORMANDO R. PACHECO