IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12- cr-00010 -MSK

UNITED STATES OF AMERICA
    Plaintiff
v
1. George Askew
2. Romell E. Bullock
3. Gregory A. Collins
4. George A. Gaddy
5. Delbert J. Gardener
6. Richard Johnson
7. Sheps H. Kamsahu
8. Eric Lugo
9. Lawrence T. Martin
10. JOHNIE A. MYERS
11 Darrell R. Parker
12. Calvin R. Riley
13. Corey L. Riley
14. Thomas A. Schrah
15. James R. Switzer
16. Clifford M. Wright

NOTICE OF DISPOSITION

Comes now the Defendant Myers and advises the Court that the a plea disposition has been reached in the above matter, subject to Court approval.

S/ Normando R. Pacheco

CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND ACCURATE COPY OF NOTICE OF DISPOSITION WAS E FILED WITH THE FOLLOWING;

CLERK U.S. DISTRICT COURT DENVER
GUY TILL AUSA guy .till @usdoj.gov.,Lisa Vargas@usdoj.gov.USACO>ECFCriminal@usdoj.gov.

S/NORMANDO R. PACHECO