**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover          Date:   June 20, 2012
Court Reporter:      Paul Zuckerman

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                           *Counsel*:

UNITED STATES OF AMERICA,                            Guy Till

       Plaintiff,

v.

JOHNIE A. MYERS,                                     Normando Pacheco

       Defendant.

---

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

---

**3:40 p.m.       Court in session.**

Defendant is not present.

Statement by Mr. Pacheco.

The hearing will be continued.

The Government orally moves for a bench warrant, but requests it be stayed until tomorrow.

**ORDER:**   The Change of Plea Hearing is continued to **June 21, 2012 at 2:00 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**   The Government's oral motion for a bench warrant is **GRANTED**, but the effect of the Order is stayed until tomorrow's hearing at 2:00 p.m.

**3:43 p.m.       Court in recess.**

Courtroom Minutes  
Judge Marcia S. Krieger  
Page 2

**Total Time:    3 minutes.**
**Hearing continued.**