**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover         Date:   June 21, 2012
Court Reporter:     Paul Zuckerman

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Guy Till

      Plaintiff,

v.

JOHNIE A. MYERS,                            Normando Pacheco

      Defendant.

---

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

---

**2:10 p.m.    Court in session.**

Defendant present on bond.

Statement from Mr. Pacheco addressing defendant's failure to appear yesterday.

The Government requests to withdraw issuance of the bench warrant.

**ORDER:**   The Government's oral motion to withdraw its request for issuance of a bench warrant is **GRANTED.**

Defendant is arraigned on Count 32 of the **Superseding Indictment**  Defendant pleads guilty to Count 32 of the **Superseding Indictment.  The Government intends to dismiss the remaining Counts of the Superseding Indictment (31) and the original Indictment against this defendant.**

Defendant sworn.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Defendant advised regarding:

    1)     The Plea Agreement;
    2)     The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)     The objectives and factors in 18 U.S.C. §3553(a).

The Government orally moves to dismiss the remaining Count of the Superseding Indictment (31) against this defendant. Defendant has no objection.

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:**    The Government's oral Motion to Dismiss the remaining Count of the Superseding Indictment (31) and the original Indictment is **GRANTED, but the effect of the Order is stayed until time of Sentencing.**

**ORDER:**    Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:**    Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 32 of the Superseding Indictment.**

**ORDER:**    Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**    Sentencing hearing is set on **October 9, 2012 at 11:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**    Pending Motions (**Doc. #256, #257** ) are **WITHDRAWN**.

**ORDER:**    Bond is continued.

**2:51 p.m.**    **Court in recess.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**Total Time:   41 minutes.**
**Hearing concluded.**