UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal case No. 12 CR 00010 MSK -10

UNITED STATES OF AMERICA
VS

JOHNIE MYERS

MOTION FOR NON GUIDELINE SENTENCE

Comes now the Defendant above named and requests the Court for a non guideline sentence and in support of the Motion states as follows

1. That this Motion is submitted pursuant to 18 USC 3553 which allows for a departure based on the nature and circumstances of the case and the history and circumstances of the Defendant.

2. That the Presentence Report as to this Defendant, pg 77, sets forth the following factors which would allow the non guideline sentence; i.e. medical care; at para 81.the Defendant suffers from "numerous medical issues, including an enlarged prostrate ,type 2 diabetes, and high cholesterol. Further the Defendant recently underwent hip replacement surgery."

3. Further the Report at pg R2 "Probation Officer believes a variant could be imposed for the following reasons; Defendant's limited criminal history, steady prior employment,,health issues, lack of substance abuse or mental health issues, and charity acts within the community.

Wherefore it is requested that this Court impose a non guideline sentence.

/s/ Normando R. Pacheco

## CERTIFICATE OF SERVICE

I STATE THAT A TRUE AND ACCURATE COPY OF THE MOTION FOR NON GUIDELINE SENTENCE WAS E FILED ON THE 18TH OF SEPTEMBER 2012 WITH THE FOLLOWING;

Clerk United States District Court
Guy Till  AUSA

/s/    NORMANDO R. PACHECO