Normando R. Pacheco
Attorney at Law
2371 Locust St. Denver Co. 80207
Ph 303 981 2657:Fax 303 321 1858

Michelle Means                                           9/18/2012

Re Meyers 12CR 10MSK-10

    I write to object to the following calculations as it relates to Johnie. The 2 level enhancement should not be imposed in that the informant in this case specifically told the Government the Defendant had specifically advised members that the presence of firearms was not to be allowed on the clubhouse premises. 2D1.1(b)(1)

    The two level enhancement specific characteristics, pg 6, "It appears that this increase was not applied in the Plea Agreement" This was not contemplated as there was no conduct by this Defendant to allow the increase to be imposed.

    The two level increase for the Defendant being an officer in the Club is not warranted in that the Defendant was a treasurer of the Club and had no position of authority to make decisions as it related to the use of the premises as charged in 21 USC 856(a)(1) and (2) and (b).

    Therefore the base offense level is 12, acceptance of responsibility is -3 which results in level 9. The Defendant is category one criminal history which results in a sentence of 4 to 10 months but is a category B sentence.

Normando R. Pacheco

cc Defendant;AUSA Guy Till