**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover          Date:   October 9, 2012
Court Reporter:     Terri Lindblom
Probation Officer:  Michelle Means

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Guy Till

    Plaintiff,

v.

JOHNIE A. MYERS,                             Normando Pacheco

    Defendant.

―――――――――――――――――――――――――――――――――――――――――――――

**SENTENCING MINUTES**
―――――――――――――――――――――――――――――――――――――――――――――

**11:06 a.m.     Court in session**.

Defendant present on bond.

The hearing will be continued as stated on the record. Counsel will obtain a new date from chambers following the hearing.

**ORDER:**     Bond is continued.

**11:07 a.m.     Court in recess.**

Total Time:   1 minute.
Hearing continued.