IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.  JOHNIE A. MYERS,

    Defendant.

---

**GOVERNMENT'S § 5K1.1 MOTION
FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE**

---

THE UNITED STATES, by United States Attorney John F. Walsh, through Assistant United States Attorney Guy Till (Government), pursuant to Title 18 U.S.C. § 3553(e) and United States Sentencing Guidelines § 5K1.1, hereby submits this Motion for reduction of the Defendant's sentence because of the substantial assistance rendered, and to be rendered in the future if required, to law enforcement in the prosecution or investigation of criminal activity by other persons. As grounds, the Government respectfully states as follows:

The Defendant has appeared and met with staff of the office of the United States Attorney, special agents of the Alcohol, Tobacco, Firearms, and Explosives to be debriefed. The Defendant has provided truthful and useful information and is prepared to testify truthfully to the best of his ability at the trial of any persons named in federal or state cases if and when called upon to do so.

The Government's sentencing recommendation is made with reliance that the Defendant will continue to cooperate with law enforcement, if called upon to do so, to the best of his ability. The cooperation contemplated includes providing information and testimony truthfully, completely, and without reservation. In consideration of the Defendant's voluntary, truthful, and substantial cooperation in the form of truthful information and anticipated testimony as required at hearings, trials, and other state or federal proceedings concerning drug trafficking and any related criminal activities, the Government here respectfully requests a reduction from the otherwise applicable guideline range, and respectfully moves that the Court depart and sentence the Defendant to a term of imprisonment 40% below the otherwise applicable Guideline range of imprisonment as determined by the Court, in accordance with the plea agreement.

Respectfully submitted this 9th day of October 2012.

JOHN F. WALSH  
United States Attorney

By:  s/Guy Till  
GUY TILL  
Assistant United States Attorney  
1225 17th Street, Suite 700  
Denver, CO. 80202  
Telephone:  (303) 454-0207  
Fax:  (303) 454-0401  
Email:  guy.till@usdoj.gov  
Attorney for Government

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2012, I electronically filed the foregoing **GOVERNMENT'S § 5K1.1 MOTION FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/Lisa Vargas
Lisa Vargas, Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 8020
Telephone: (3030 454-0100
Fax: (3030 454-0409
Email: Lisa Vargas@usdoj.gov