# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: October 17, 2012 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Michelle Means | |

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                                          *Counsel*:

UNITED STATES OF AMERICA,                 Guy Till

       Plaintiff,

v.

JOHNIE A. MYERS,                                      Normando Pacheco

       Defendant.

_____

## SENTENCING MINUTES
_____

**9:02 a.m.**     **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on June 21, 2012.  Defendant pled guilty to Count 32 of the Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #684).**  Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #642)** Argument.

Allocution. - Statements made by:  The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   The Government's Motion for Downward Departure **(Doc. #684)** is **GRANTED.**
The Defendant's Motion of Non-Guideline Sentence **(Doc. #642)** is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Bond is exonerated.

**9:40 a.m.**   **Court in recess.**

Total Time:   38 minutes.
Hearing cconcluded.