```
 1                IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO
 2
     Criminal Action No. 12-CR-00010-MSK
 3
     UNITED STATES OF AMERICA,
 4
         Plaintiff,
 5
     vs.
 6
     JOHNIE A. MYERS,
 7
         Defendant.
 8
     _____
 9
                           REPORTER'S TRANSCRIPT
10                       (Hearing on Change of Plea)

11   _____

12         Proceedings before the HONORABLE MARCIA S. KRIEGER,

13   Judge, United States District Court for the District of

14   Colorado, commencing at 3:40 p.m., on the 20th day of June,

15   2012, in Courtroom A901, United States Courthouse, Denver,

16   Colorado.

17                              APPEARANCES

18         GUY TILL, Assistant U.S. Attorney, 1225 17th Street,

19   Suite 700, Denver, Colorado, 80202, appearing for the

20   plaintiff.

21         NORMANDO PACHECO, Attorney at Law, 2371 Locust,

22   Denver, Colorado, 80207, appearing for the defendant.

23

24    Proceeding Recorded by Mechanical Stenography, Transcription
        Produced via Computer by Paul Zuckerman, 901 19th Street,
25         Room A259, Denver, Colorado, 80294, (303) 629-9285
```

**PROCEEDINGS**

1
2      (In open court at 3:40 p.m.)
3          *THE COURT:*  Please be seated.
4          The Court is convened today in Case No. 12-cr-10.
5   This is encaptioned the United States of America vs. Johnie A.
6   Myers.  The matter is set down for a change in plea.
7          Could I have entries of appearance, please.
8          *MR. TILL:*  Good afternoon, your Honor.  I'm Guy Till.
9   I'm an Assistant United States Attorney, representing the
10  Government this afternoon, your Honor.
11         *THE COURT:*  Good afternoon and welcome.
12         *MR. TILL:*  Thank you.
13         *MR. PACHECO:*  Good afternoon, your Honor.  Normando
14  Pacheco, State Registration 5296.  I appear on behalf of
15  Mr. Myers, who is not present in court.
16         *THE COURT:*  Good afternoon and welcome.
17         Mr. Till, what's your pleasure?
18         *MR. TILL:*  Your Honor, as far as I know, there hasn't
19  been any other issue with Mr. Myers on his bond.  I haven't
20  heard anything from Probation about any problem of any kind.  I
21  wonder if the Court has anytime tomorrow that we can continue
22  this to.  I don't know if Mr. Pacheco is available.
23         *THE COURT:*  Mr. Pacheco?
24         *MR. PACHECO:*  May I make a remark for the record,
25  ma'am?

1       *THE COURT:* Sure.

2       *MR. PACHECO:* I spoke with Mr. Myers last week when we
3  executed the plea agreement. He was aware of the hearing
4  today. I texted him last night, the time and date and the hour
5  he was supposed to appear. I didn't get a response back. And
6  then I texted him again this morning, and I did include your
7  Honor's name, just in case he thought he was supposed to go
8  back in front of a magistrate or otherwise. I then called his
9  residence approximately ten minutes ago, and they're on
10 answering machine.

11      I would only say that Mr. Myers is usually 15 minutes
12 ahead of time for anything that I've ever asked him to do,
13 including to be -- to be to all the court appearances. I'm not
14 sure what's happened to him, but I -- I can't say much more
15 than that. I'm just really astounded that he's not here.

16      *THE COURT:* Does that change your request, Mr. Till?

17      *MR. TILL:* Your Honor, perhaps the Court could issue a
18 bench warrant for him and stay it until tomorrow, give him a
19 chance to come in and explain.

20      *THE COURT:* We could do this tomorrow afternoon about
21 2:00 in the afternoon if you want.

22      *MR. PACHECO:* I could to that. I'll make arrangements
23 to be here.

24      *THE COURT:* All right. I'll continue this until
25 2:00 tomorrow afternoon. I grant the Government's request for

1 issuance of the bench warrant; however, I will stay the
2 issuance of that until tomorrow afternoon at 2:00.
3      *MR. PACHECO:* Thank you, your Honor.
4      *MR. TILL:* Thank you, your Honor.
5      *THE COURT:* Thank you. We'll stand in recess.
6   (Recess at 3:43 p.m.)
7           \* \* \* \* \*
8          **REPORTER'S CERTIFICATE**
9   I certify that the foregoing is a correct transcript from
10 the record of proceedings in the above-entitled matter. Dated
11 at Denver, Colorado, this 20th day of August, 2013.
12
13                             *S/Paul A. Zuckerman*
                             Paul A. Zuckerman
14
15
16
17
18
19
20
21
22
23
24
25