```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JOHNIE A. MYERS,

     Defendant.
```
_____

**REPORTER'S TRANSCRIPT**
Sentencing Hearing

_____

Proceedings before the HONORABLE MARCIA S. KRIEGER, Judge, United States District Court for the District of Colorado, commencing at 11:06 a.m., on the 9th day of October, 2012, in Courtroom 901A, United States Courthouse, Denver, Colorado.

**APPEARANCES**

GUY TILL, Assistant U.S. Attorney, 1225 17th Street, Suite 700, Denver, Colorado, 80202, appearing for the plaintiff.

NORMANDO PACHECO, Attorney at Law, 2371 Locust, Denver, CO 80207, appearing for the defendant.

THERESE LINDBLOM, Official Reporter
901 19th Street, Denver, Colorado 80294
Proceedings Reported by Mechanical Stenography
Transcription Produced via Computer

```
 1                    P R O C E E D I N G S
 2          THE COURT:  Court is convened today in Case No.
 3   12-cv-10, which is encaptioned for purposes of today's hearing
 4   as the United States of America v. Johnie A. Myers.
 5          Could I have entries of appearance, please.
 6          MR. TILL:  Good morning, Your Honor.  Your Honor, I'm
 7   Guy Till.  I'm an assistant U.S. attorney representing the
 8   Government this morning, Your Honor.
 9          THE COURT:  Good morning and welcome.
10          MR. TILL:  Thank you, Your Honor.
11          MR. PACHECO:  Good morning, Your Honor.  For the
12   record, my name is Normando Pacheco.  I appear on behalf of
13   Mr. Myers, who is on bond before the Court, seated to my left.
14          THE COURT:  Good morning and welcome.
15          Are you all ready to proceed with the sentencing
16   today?
17          MR. TILL:  Your Honor, the Government is ready.
18   However, I need to advise the Court that I neglected -- it was
19   my mistake, and I did not file the 5K for this person that we
20   had agreed to file.  And I would like to, if possible, make an
21   oral motion, follow up with a written motion as soon as
22   possible, to grant a 40 percent reduction based on substantial
23   assistance.
24          THE COURT:  I think we'll just reset the hearing.
25          MR. TILL:  I'm sorry, Your Honor.
```


1    *THE COURT:* Counsel, I'll ask you to stop by chambers
2    and get a new sentencing date. And then, Mr. Till, if you'd
3    please file the 5K motion in advance of that so that we have
4    something of public record to be considered at the time of the
5    sentencing.
6         *MR. TILL:* Yes, Your Honor.
7         *THE COURT:* Thank you. We'll stand in recess.
8         (Recess at 11:07 a.m.)
9                    REPORTER'S CERTIFICATE
10
11       I certify that the foregoing is a correct transcript from
     the record of proceedings in the above-entitled matter.
12
13       Dated at Denver, Colorado, this 23rd day of August, 2013.
14                              s/Therese Lindblom
15                              _____
                                Therese Lindblom,CSR,RMR,CRR
16
17
18
19
20
21
22
23
24
25