Case #12 CR 00010 MSK

To Honorable Judge
Marcia S. Krieger

I'm writing this letter to ask for early termination from probation.

I was told that if I was in good standings with the probation and no problems with law enforcements, no hot UA's, no issue with drugs, alcohol or any other kind of abuse, on time with my monthly reports and contributes to the community .
Which I've have always done in the Denver area before my trouble with the law. I will always continue to do charties and biker toy runs for kids.
I dress up as santa claus for the toy runs.
I've have done Mount Saint vincent, Rotory, America legion, Key bank Commerce city church, Eeaster Seals, there is a lot more I do.

Also during the year I help with benefits for families, friends and people in need.

I have no issue with paying bills, taxes or credit cards.
I've no problems with my family except to many grand children.

I have six months left on probation

Thank you for considering my request for early termination from probation.

Johnie Alan Myers
3163 w. 63rd Ave. Denver, CO.80221   303-429-4192

*Jo A Myers*

Probation Officer
Kit Griffin 303-335-2411

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY – 6 2014

JEFFREY P. COLWELL
CLERK