IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

(10) JOHNIE A. MYERS,

    Defendant.

___

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
FOR EARLY TERMINATION OF PROBATION [1021]

___

    THE UNITED STATES OF AMERICA, by United States Attorney John F. Walsh, through the undersigned Assistant United States Attorney (Government), hereby enters the Government's response to defendant Johnie A. Myers's Motion for Early Termination of Probation (Motion) [1021]. On May 7, 2014, the Court entered an Order directing the Government to file a response to the Motion [1022] on or before May 21, 2014.

    After consulting with the United States Probation Department several times in the last two weeks, based on the defendant's reportedly good adjustment to probation and under the circumstances of this defendant in this case, it appears to the Government that defendant Johnie A. Myers is a suitable candidate for the early termination of probation. The Government

respectfully states to the Court that the Government is not opposed to the relief requested in the defendant's Motion [1021].

Respectfully submitted,

JOHN F. WALSH
United States Attorney

*s/ Guy Till*
GUY TILL
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, STE 700
Denver, Colorado 80202
303-454-0100

2

CERTIFICATE OF SERVICE

       I certify that on this _21st_ day of May, 2014, a true and correct copy of the foregoing was filed using the Court's ECF system, which will provide access electronically to counsel of record, and that a hard copy of the foregoing response, addressed to defendant Johnie A. Myers, was placed in the U.S. Mail and addressed to:

Mr. Johnie A. Myers
3163 W. 63rd Ave
Denver, CO 80221

                          __s/ Dee Boucher_____
                          U.S. Attorney's Office