IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK-10

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JOHNIE A. MYERS,

      Defendant.

_____

## ORDER TERMINATING PROBATION
_____

This matter is before the Court upon the motion of the defendant, Johnie A. Myers, for early termination from probation on May 6, 2014.  The Court has received a report from the United States Attorney concerning defendant's compliance with the conditions of supervision, and is satisfied that termination is warranted by the conduct of the defendant and the interest of justice.  Accordingly, it is

ORDERED that the term or probation supervision imposed on October 17, 2012, is hereby terminated and the defendant is discharged from further supervision.

Dated this 16th day of June, 2014.

**BY THE COURT:**

Marcia S. Krieger
Chief United States District Judge